## Alford agt. Way etc.

Benjamin Alford attourny of John Sweeting of London Admʳ to the Estate of his Son John Sweeting deceᵈ plaint. agᵗ Martha Emery heire to the Estate of Andrew Sheppard deceᵈ and Richard Way & John Jndicott as Sureties for Martha Emery as heire aforesᵈ Defendᵗˢ in an action of the case to the Value of £ 150. for witholding and refuseing to deliver to the said Benjamin Alford as Attourny aforesᵈ one quarter part of the barque Tho: and Mary of which the sᵈ John Sweeting deceᵈ was Owner, or the money or Effects for which the sᵈ quartʳ part was Sold: Also for refuseing to render to the sᵈ Alford as Attourny aforesᵈ the accoᵗ of the Stock and Earnings and the proceeds of the freight and imploymᵗ of the sᵈ Barque in her last Voyage from Boston in to the Jndies & to Boston again under command of the sᵈ Sheppard with all other due damages &c: . . . The Jury . . . found for the plaint. one quarter part of the Barque called Tho: & Mary being the Vessell now in controversy & a just accᵒ of the Stock and Earnings of the sᵈ Vessell the last Voyage the Vessell made into the Jndies and from thence to Boston under the command of mʳ Andrew Sheppard or Fifty pounds money within twenty dayes and costs of Court. Lᵗ Way and John Jndicott appearing as Defendᵗˢ

appeal^d from this Judgem^t unto the next Court of Assistants, and the Defend^t John Jndicott gave in Security for the prosecution of his appeale to Effect.

[ See Alford v. Endicott, above, p. 726, and Records of Court of Assistants, i. 122.]